**MICHAEL H. SPORN**
ATTORNEY AT LAW
———————

(212) 791-1200
mhsporn@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2022
```

299 BROADWAY
NEW YORK, NEW YORK 10007

42-40 BELL BOULEVA RD
BAYSIDE, NEW YORK 11361

June 2, 2022

Hon. Mary Kay Vyskocil
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                Re:  <u>United States v. Encarnacion-Velez, et al.</u>
                    Ind. No. 21 Cr.225 (MKV)

Dear Judge Vyskocil:

     This letter is respectfully submitted on behalf of the defendant **Christina Rodriguez** for leave to be excused from attending our scheduled status conference on June 9, 2022. I have discussed the matter with my client, and Ms. Rodriguez waives her right to be present at the conference. The parties are on the verge of resolving this matter, and the government consents to this request. Thank you for your consideration of this matter.

                                                Respectfully submitted,

                                                *Michael Sporn* (digitally signed)

                                                Michael H. Sporn

MHS/ss
Cc: Matthew R. Shahabian, Esq. (By ECF)
       All Defense Counsel (By ECF)

---

**Granted. SO ORDERED.**

Date: June 7, 2022        *Mary Kay Vyskocil*
New York, New York        Mary Kay Vyskocil
                              United States District Judge