UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___7/7/2022____
```

UNITED STATES OF AMERICA,

-v.-

CHRISTINA RODRIGUEZ,

Defendant.

21-cr-225 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, District Judge:

IT IS HEREBY ORDERED that the parties shall appear for a hearing on their deferred prosecution agreement on August 8, 2022 at 2:00 p.m.  The hearing will be held in Courtroom 18C of 500 Pearl Street, New York, NY 10007.  If the parties seek the Court's endorsement of their agreement, including a judicial finding that all time should be excluded under the Speedy Trial Act during the pendency of the agreement, without a hearing, the parties shall file a joint letter by July 14, 2022 advising the Court that they wish to proceed without a hearing and citing authority for the proposition that the Court need not hold a hearing.

SO ORDERED.

Dated:   July 7, 2022
         New York, New York

_____
MARY KAY VYSKOCIL
United States District Judge

1